UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 06CV0105D ) |
| ACCUSEARCH, INC. d/b/a Abika.com, and JAY PATEL, | ) ) ) ) |
| Defendants. | ) ) |

**ORDER STRIKING AFFIRMATIVE DEFENSES REGARDING FAILURE TO STATE A CLAIM, JURISDICTION, EQUITABLE ESTOPPEL AND UNCLEAN HANDS (DEFENSES 1, 2, 3, 4, AND 7)**

THIS MATTER having come before the Court, on Plaintiff's motion to strike certain affirmative defenses in defendant's Answer, and the Court being advised in the premises,

IT IS HEREBY ORDERED that Affirmative Defenses regarding failure to state a claim, jurisdiction, equitable estoppel and unclean hands (defenses 1, 2, 3, 4, and 7) be and they hereby are stricken from Defendants' Answer.

DATED this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE