TRACY S. THORLEIFSON
KIAL S. YOUNG
Federal Trade Commission
915 Second Avenue, Suite 2896
Seattle, WA 98174
Tel:  (206) 220-6350
Fax: (206) 220-6366

MATTHEW H. MEAD
United States Attorney
CAROL A. STATKUS
Assistant United States Attorney
2120 Capitol Avenue, 5th Floor
Cheyenne, WY 82001
Tel: (307) 772-2124
Fax: (307) 772-2123

## UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | No.  06CV0105-D |
| Plaintiff, | |
| v. | **NOTICE OF DEPOSITION OF JAY PATEL (SECOND REVISED)** |
| ACCUSEARCH, INC. d/b/a Abika.com, and JAY PATEL, | |
| Defendants. | |

TO:    ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on Thursday, December 14, 2006, at 9:00 a.m. MST at the

JC O'Mahoney Federal Building, 2120 Capitol Avenue, Room 4002, Cheyenne, Wyoming,

*Notice of Dep. of Jay Patel (Second Revised) - Page 1*

plaintiff, the Federal Trade Commission, will take the deposition on oral examination of Jay

Patel, individually and in his capacity as President of AccuSearch, Inc., d/b/a Abika.com,

pursuant to Rule 30 of the Federal Rules of Civil Procedure, before a Notary Public, or some

other officer authorized by law to administer oaths.  The deposition will be recorded

stenographically and will be continued or adjourned until completed.


Dated: December 6, 2006

                                        Respectfully submitted,

                                        TRACY S. THORLEIFSON
                                        KIAL S. YOUNG
                                        Federal Trade Commission
                                        915 Second Avenue, Suite 2896
                                        Seattle, WA 98174
                                        (206) 220-6350

                                        MATTHEW H. MEAD
                                        United States Attorney


                                         */s/ Carol A. Statkus (Electronic Submission)*
                                        CAROL A. STATKUS
                                        Assistant United States Attorney
                                        Attorneys for the Plaintiff
                                        Federal Trade Commission


                                        _____
                                        CAROL A. STATKUS
                                        Assistant United States Attorney
                                        Attorneys for the Plaintiff
                                        Federal Trade Commission

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 6th day of December, 2006, a true and correct copy of **Notice of Deposition of Jay Patel (Second Revised)** was served by electronic filing and by placing same in the U.S. Mail, postage prepaid and addressed to:

Gay Woodhouse
Deborah L. Roden
Gay Woodhouse Law Office, P.C.
211 West 19th Street, 3rd Floor
Cheyenne, WY 82001

*/s/ Melody Morse*
Melody Morse
Office of the United States Attorney


Melody Morse
Office of the United States Attorney